| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Santa Paula Hay & Grain and Ranches

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-2229144

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1203 S Sespe St<br>Fillmore, CA 93015<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Ventura<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Santa Paula Hay & Grain and Ranches_____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ☒ Yes.

District __Central District of California__  When __12/11/24__  Case number __9:24-bk-11398-RC__
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11.** **Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

## Statistical and administrative information

**13.** **Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15.** **Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☒ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16.** **Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Santa Paula Hay & Grain and Ranches                           Case number (if known) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 12, 2025
              MM / DD / YYYY

X _____            Guadalupe Guzman
Signature of authorized representative of debtor   Printed name

Title   Managing Member

**18. Signature of attorney**

X _____            Date   March 12, 2025
Signature of attorney for debtor                    MM / DD / YYYY

Reed Olmstead
Printed name

Law Offices of Reed H. Olmstead
Firm name

5142 Hollister Ave # 171
Santa Barbara, CA 93111
Number, Street, City, State & ZIP Code

Contact phone   (805) 963-9111     Email address   reed@olmstead.law

269525 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Santa Paula Hay & Grain and Ranches

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2025      X /s/ Guadalupe Guzman
                                    Signature of individual signing on behalf of debtor

                                Guadalupe Guzman
                                Printed name

                                Managing Member
                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Santa Paula Hay & Grain and Ranches |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aguilera Services Inc. 2814 E Vineyard Ave Oxnard, CA 93036 | | Trade debt | | | | $620,000.00 |
| AgWest Farm Credit 3755 Atherton Rd Rocklin, CA 95765 | | Balcom Cyn Ranch143 acres of agricultural land in Moorpark, CA | | $4,097,004.40 | $1,200,000.00 | $2,897,004.40 |
| AgWest Farm Credit 3755 Atherton Rd Rocklin, CA 95765 | | | | $1,041,000.00 | $0.00 | $1,041,000.00 |
| Classic Harvest, LLC 4572 Ave 400 Dinuba, CA 93618 | | Trade debt | | | | $390,000.00 |
| Coastal View Packaging 2976 Gold Course Dr Ventura, CA 93003 | | Trade debt | | | | $63,249.00 |
| Coastline Harvesting, Inc. 1301 E Ventura St Santa Paula, CA 93060 | | Trade debt | | | | $415,528.00 |
| Community West Bank 445 Pine Ave Goleta, CA 93117 | | | | $462,101.40 | $0.00 | $462,101.40 |
| Community West Bank 445 Pine Ave Goleta, CA 93117 | | | | $462,101.40 | $0.00 | $462,101.40 |
| Community West Bank 445 Pine Ave Goleta, CA 93117 | | | | $462,101.40 | $0.00 | $462,101.40 |

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hendrick Land Clearing<br>1427 E Main St<br>Santa Paula, CA 93060 | | Trade debt | | | | $980,000.00 |
| Hronis, Inc.<br>10443 Hronis Rd<br>Delano, CA 93215 | | Trade debt | | | | $111,271.00 |
| Imperial Irrigation District<br>333 E Barioni Blvd<br>Imperial, CA 92251 | | Trade debt | | | | $135,000.00 |
| Kern County Treasurer-Tax Collector<br>PO Box 579<br>Bakersfield, CA 93302-0580 | | Bull Ranch 45 acres of agricultural land in Delano, CA | | $4,886.66 | $210,000.00 | $4,886.66 |
| Kern Tulare Water District<br>5001 California Ave<br>Bakersfield, CA 93309 | | Trade debt | | | | $53,379.00 |
| PG&E<br>300 Lakeside Dr<br>Oakland, CA 94612 | | Trade debt | | | | $135,000.00 |
| Souther Califorina Edison<br>PO Box 900<br>Rosemead, CA 91770 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Ventura COunty Treasurer-Tax Collector<br>800 South Victoria Ave<br>Ventura, CA 93009-1290 | | Balcom Cyn Ranch 143 acres of agricultural land in Moorpark, CA | | $255,606.00 | $1,200,000.00 | $255,606.00 |
| Zions Agriculture Finance<br>500 Fifth St<br>Ames, IA 50010-6063 | | | | $1,289,606.00 | $0.00 | $1,289,606.00 |
| Zions Agriculture Finance<br>500 Fifth St<br>Ames, IA 50010-6063 | | | | $1,269,606.00 | $0.00 | $1,269,606.00 |

```
Aguilera Services Inc.
2814 E Vineyard Ave
Oxnard, CA 93036


AgWest Farm Credit
3755 Atherton Rd
Rocklin, CA 95765


Berylwood Tree Farm
1048 E La Loma Ave
Somis, CA 93066


Classic Harvest, LLC
4572 Ave 400
Dinuba, CA 93618


Coastal View Packaging
2976 Gold Course Dr
Ventura, CA 93003


Coastline Harvesting, Inc.
1301 E Ventura St
Santa Paula, CA 93060


Community West Bank
445 Pine Ave
Goleta, CA 93117


Eastern Tule GSA
324 S Santa Fe St Ste A
Visalia, CA 93292
```

Farm Credit Leasing Services Corp
1665 Utica Ave S Ste 40
Minneapolis, MN 55416


Fay Servicing
PO Box 815548
Dallas, TX 75381


Hendrick Land Clearing
1427 E Main St
Santa Paula, CA 93060


Hronis, Inc.
10443 Hronis Rd
Delano, CA 93215


Imperial Irrigation District
333 E Barioni Blvd
Imperial, CA 92251


Kern County Treasurer-Tax Collector
PO Box 579
Bakersfield, CA 93302-0580


Kern Tulare Water District
5001 California Ave
Bakersfield, CA 93309


Mechanics Bank
1111 Civic Dr
Walnut Creek, CA 94596

```
Mid Valley Financial
7644 N Palm Ave
Fresno, CA 93711


Northland Capital Equipment Finance
333 33rd Ave Ste S
Saint Cloud, MN 56301


PG&E
300 Lakeside Dr
Oakland, CA 94612


Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502


Souther Califorina Edison
PO Box 900
Rosemead, CA 91770


SPS Lending
PO Box 65250
Salt Lake City, UT 84165


Tulare County Treasurer-Tax Collector
221 South Mooney Blvd
Room 104 E
Visalia, CA 93291


Ventura COunty Treasurer-Tax Collector
800 South Victoria Ave
Ventura, CA 93009-1290
```

```
Wt Capital Lender Services, Inc.
7522 North Colonial Ave Ste 111
Fresno, CA 93711


Zions Agriculture Finance
500 Fifth St
Ames, IA 50010-6063
```

## CERTIFICATE OF RESOLUTION OF BOARD OF DIRECTORS OF
## SANTA PAULA HAY & GRAIN AND RANCHES

The undersigned certify that he/she is authorized under the General Partnership Agreement of Santa Paula Hay & Grain and Ranches, a California General Partnership, (the "Company"), to enter into the following resolution. It is hereby

**RESOLVED** that the Company promptly file a voluntary petition under Chapter 11 of Title 11 (the Bankruptcy Code) in the Central District of California;

**RESOLVED FURTHER** that the Company employ the Law Offices of Reed H. Olmstead to represent it in the contemplated bankruptcy proceedings; and

**RESOLVED FURTHER** that Guadalupe Guzman, Managing Member, is hereby authorized to sign all documents of the company in connection with the contemplated bankruptcy proceedings.

DATED: March 12, 2025

_____
Guadalupe Guzman, Managing Member