# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

In re Santa Paula Hay & Grain and Ranches, Ch 11 filed 12/10/2024, Case No 9:24-bk-11398-RC, dismissed 02/05/2025.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date: _____March 26, 2025_____

Guadalupe Guzman
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# United States Bankruptcy Court
## Central District of California, Northern Division

In re   Santa Paula Hay & Grain and Ranches      Case No.   9:25-bk-10314-RC

                            Debtor(s)      Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Guadalup A Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | | | Partner |
| Guadalupe J Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | | | Partner |
| Ofelia Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | | | Partner |
| Yesi Brayen Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | | | Partner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 26, 2025            Signature                      
                                               Guadalupe Guzman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name __Santa Paula Hay & Grain and Ranches__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION__

Case number (if known) __9:25-bk-10314-RC__

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 26, 2025__    X _____
Signature of individual signing on behalf of debtor

__Guadalupe Guzman__
Printed name

__Managing Member__
Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Santa Paula Hay & Grain and Ranches_____

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION___

Case number (if known) ___9:25-bk-10314-RC_____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................  $ ___104,610,000.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................  $ ___66,363.91___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................  $ ___104,676,363.91___

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............  $ ___35,876,460.98___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $ ___0.00___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ ___2,903,427.00___

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b    $ ___38,779,887.98___

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Santa Paula Hay & Grain and Ranches

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)   9:25-bk-10314-RC

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Banc of California | Checking - General | 0295 | $47,712.82 |
| 3.2. | Banc of California | Checking - Tax | 7879 | $10,000.00 |
| 3.3. | Banc of California | Checking - Payroll | 9088 | $8,651.09 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      | $66,363.91 |
      |---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(If known)* | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

---

**Part 4:** Investments

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.   Go to Part 7.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* Agricultural machinery and equipment - see attached list | $22,965,438.00 | Cost | Unknown |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**

Add lines 28 through 32.   Copy the total to line 85.

| $0.00 |
|---|

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.   Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(If known)* | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Bull Ranch<br>45 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | | $210,000.00 |
| 55.2.   Ranch 6/Comanche<br>80 acres of agricultural land in Arvin, CA | Fee Simple | $0.00 | | $2,000,000.00 |
| 55.3.   Jasmine Ranch<br>40 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | | $1,900,000.00 |
| 55.4.   Maricopa Ranch<br>160 acres of agricultural land in Maricopa, CA | Fee Simple | $0.00 | | $4,500,000.00 |
| 55.5.   Ranch 3<br>160 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | | $4,800,000.00 |
| 55.6.   Ranch 4<br>100 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | | $3,000,000.00 |
| 55.7.   Ave 2 Ranch<br>80 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | | $2,350,000.00 |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | | Case number *(If known)* 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.8. | Ranch 66<br>40 acres of agricultural<br>land in Terra Bella, CA | Fee Simple | $0.00 | $1,600,000.00 |
| 55.9. | Barsdale Ranch<br>20 acres of agricultural<br>land in Fillmore, CA | Fee Simple | $0.00 | $2,500,000.00 |
| 55.10. | 291 Cummings Rd<br>40 acres of agricultural<br>land in Santa Paula,<br>CA | Fee Simple | $0.00 | $5,000,000.00 |
| 55.11. | Ranch 2<br>80 acres of agricultural<br>land in Delano, CA | Fee Simple | $0.00 | $950,000.00 |
| 55.12. | Packing House<br>Commerical property<br>in Fillmore, CA | Fee Simple | $0.00 | $10,000,000.00 |
| 55.13. | 6770 Wheeler Cyn<br>80 acres of agricultural<br>land in Santa Paula,<br>CA | Fee Simple | $0.00 | $2,500,000.00 |
| 55.14. | 212 N 12th St<br>Commerical property<br>in Santa Paula, CA | Fee Simple | $0.00 | $2,500,000.00 |
| 55.15. | Sandrini Ranch<br>100 acres of<br>agricultural land in<br>Kern, CA | Fee Simple | $0.00 | $2,500,000.00 |
| 55.16. | 606 Sespe Ave<br>Commerical property<br>in Fillmore, CA | Fee Simple | $0.00 | $1,500,000.00 |
| 55.17. | 125 S 10th St<br>Commerical property<br>in Santa Paula, CA | Fee Simple | $0.00 | $2,000,000.00 |
| 55.18. | 116/120 S Ojai St<br>Residential duplex in<br>Santa Paula, CA | Fee Simple | $0.00 | $750,000.00 |
| 55.19. | 2830 E Telegraph Rd<br>20 acres of agricultural<br>land in Fillmore, CA | Fee Simple | $0.00 | $2,000,000.00 |

| Debtor | Santa Paula Hay & Grain and Ranches | | Case number *(If known)*  9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.20. | 12400 Ojai Santa Paula Rd<br>214 acres of agricultural land in Ojai, CA | Fee Simple | $0.00 | $8,000,000.00 |
| 55.21. | 2107 LA Ave<br>20 acres of agricultural land in Fillmore, CA | Fee Simple | $0.00 | $2,500,000.00 |
| 55.22. | Grimes Ranch<br>21 acres of agricultural land in Moorpark, CA | Fee Simple | $0.00 | $1,200,000.00 |
| 55.23. | 10900 N Ventura Ave<br>7 acres of agricultural land in Oak View, CA | Fee Simple | $0.00 | $2,000,000.00 |
| 55.24. | 4104 Wheeler Cyn<br>632 acres of agricultural land in Santa Paula, CA | Fee Simple | $0.00 | $3,000,000.00 |
| 55.25. | Ranch 10<br>192 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | $3,100,000.00 |
| 55.26. | Ranch 25<br>120 acres of agricultural land in Bakersfield, CA | Fee Simple | $0.00 | $2,100,000.00 |
| 55.27. | Ranch 65<br>100 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | $2,600,000.00 |
| 55.28. | Blythe Ranch<br>337 acres of agricultural land in Riverside, CA | Fee Simple | $0.00 | $7,500,000.00 |
| 55.29. | Sand Canyon<br>12 acres of agricultural land in Somis, CA | Fee Simple | $0.00 | $1,700,000.00 |
| 55.30. | Ranch 316<br>34 acres of agricultural land in Delano, CA | Fee Simple | $0.00 | $750,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    Santa Paula Hay & Grain and Ranches                    Case number *(If known)* 9:25-bk-10314-RC
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.31 · | Waters Ranch 20 acres of agricultural land in Somis, CA | Fee Simple | $0.00 | | $1,900,000.00 |
| 55.32 · | 304 Cummings Rd Residential property in Santa Paula, CA | Fee Simple | $0.00 | | $2,500,000.00 |
| 55.33 · | Balcom Cyn Ranch 143 acres of agricultural land in Moorpark, CA | Fee Simple | $0.00 | | $1,200,000.00 |
| 55.34 · | Hampton Cyn 1,800 acres of agricultural land in Santa Paula, CA | Fee Simple | $0.00 | | $12,000,000.00 |

56.    **Total of Part 9.**                                                                    $104,610,000.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

Debtor   Santa Paula Hay & Grain and Ranches                    Case number *(If known)*  9:25-bk-10314-RC
　　　　　Name

Claims against Southern California Edison related to
damages to real property assets from th Thomas Fire.                                         Unknown

| Nature of claim | Negligence |
| --- | --- |
| Amount requested | $8,000,000.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

　　Add lines 71 through 77. Copy the total to line 90.                           $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(If known)* | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66,363.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $104,610,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $66,363.91 | + 91b. $104,610,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $104,676,363.91 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

## Equipment / Intangibles

| Asset | d t | Property Description | Date In Service | Cost |
|---|---|---|---|---|
| 608 | | 2001 Farming Equipment | 1/01/01 | 28,531 |
| 30 | | FMC Brushboard | 2/01/01 | 9,500 |
| 8 | | Water Pump on Trailer | 1/20/05 | 3,000 |
| 15 | | 2002 Ford 4X4 | 1/01/07 | 36,000 |
| 16 | | Piru Wind Machines | 1/01/07 | 75,000 |
| 93 | | 2-v Ditchers | 2/10/07 | 1,000 |
| 125 | | Liftall Forklift | 3/01/07 | 7,500 |
| 9 | | HP Ford Tractor | 6/01/07 | 53,000 |
| 11 | | 1985 4X4 Liftall Fork | 6/01/07 | 10,000 |
| 12 | | 1999 Exc Farm All | 6/01/07 | 20,000 |
| 95 | | Sprayer - Aerofan (from F.O.) | 6/01/07 | 20,000 |
| 96 | | Tree Trimmer (from F.O.) | 6/01/07 | 4,000 |
| 126 | | Honda 100 | 12/01/07 | 1,500 |
| 69 | | Fuel Tank with Tower - 500 gal | 1/01/08 | 2,000 |
| 70 | | Repair Lift Benpack | 1/01/08 | 6,500 |
| 71 | | 2008 Tree Skirter #1 | 1/01/08 | 3,500 |
| 72 | | Mobile Orange Sizer | 2/01/08 | 8,500 |
| 73 | | 2008 Tree Skirter #2 | 2/01/08 | 3,500 |
| 74 | | Spray Bum Trailer | 3/01/08 | 1,500 |
| 75 | | Verizmo Weed Shredder - 12' | 3/01/08 | 4,500 |
| 76 | | Weed Spray Trailer and Tank | 3/01/08 | 1,000 |
| 77 | | Orchard Disc 10' | 4/01/08 | 8,000 |
| 40 | | Honda 430 Fourtrax | 5/01/08 | 6,000 |
| 79 | | 5' Piece Plow Set | 7/01/08 | 500 |
| 80 | | D-4 Caterpillar Bulldozer | 7/01/08 | 9,000 |
| 81 | | Equipment Mover | 7/01/08 | 4,000 |
| 83 | | Gearman Boom Sprayer -100gal. | 8/01/08 | 1,000 |
| 84 | | 2007 Dodge Truck - 2038 | 8/05/08 | 28,814 |
| 85 | | 2001 Ford 4x4 Excursion | 10/01/08 | 15,000 |
| 86 | | 2008 Dodge Truck 5500 | 10/01/08 | 38,500 |
| 87 | | 8' Sprayer Tooth | 10/01/08 | 1,000 |
| 88 | | Tuff Boy Pull Trailer | 12/01/08 | 15,000 |
| 89 | | Tuff Boy Simi Trailer | 12/01/08 | 15,000 |
| 22 | | 3-Point 150 Gallon Sprayer | 1/01/09 | 3,000 |
| 28 | | Electric Reservoir Pumps | 1/01/09 | 4,500 |
| 41 | | John Deere Seed Planter - 16' | 1/01/09 | 8,000 |
| 48 | | Oliver Seed Planter | 1/01/09 | 8,000 |
| 33 | | Forklift | 1/12/09 | 1,800 |
| 56 | | 2009 Scale | 1/27/09 | 2,590 |
| 23 | | Belzer Brush Shredder | 2/01/09 | 7,500 |
| 25 | | Disc - 24' | 2/01/09 | 7,500 |
| 42 | | John Deere Utility Tractor | 2/01/09 | 6,000 |
| 47 | | Mitsubishi Forklift | 2/01/09 | 8,000 |
| 51 | | Portable Cleaning Line | 2/01/09 | 12,000 |
| 54 | | Recycling Center Scale - 5000lb | 2/01/09 | 1,700 |
| 59 | | Water Storage Tank - 1000 gal. | 2/01/09 | 1,500 |
| 60 | | Water Storage Tank - 1500 gal. | 2/01/09 | 2,000 |
| 61 | | Weed Sprayer with Motor | 2/01/09 | 1,200 |
| 744 | | Clark Forklift #1 | 2/01/09 | 5,000 |
| 31 | | FMC Rollertable | 2/15/09 | 5,900 |
| 29 | | FMC Avocado Sizer | 2/17/09 | 7,500 |
| 39 | | Hitachi Escavator | 2/19/09 | 10,000 |
| 57 | | Skid Steer John Deere Tractor | 2/19/09 | 10,000 |
| 27 | | Dumper with Wax Bed | 3/01/09 | 8,500 |
| 36 | | Gasoline Miller Welder | 3/01/09 | 2,000 |
| 55 | | Refridgeration System | 3/01/09 | 3,000 |
| 46 | | Manual Bay Filler | 3/07/09 | 3,000 |
| 91 | | 2008 Dodge Truck - 3881 | 3/30/09 | 33,505 |
| 92 | | 2008 Dodge Truck - 4694 | 3/30/09 | 34,060 |
| 38 | | Gearman 6' Brush Shredder | 4/01/09 | 10,000 |
| 50 | | Pony Sizer | 4/01/09 | 3,500 |
| 53 | | Recycling Center Scale - 250lb | 4/01/09 | 750 |
| 90 | | Hay Truck | 4/09/09 | 19,000 |
| 35 | | Fuel Trailer - 150 Gallon | 4/10/09 | 1,500 |
| 26 | | Dump Trailer | 4/15/09 | 9,000 |
| 49 | | Phase Electric System Packing L | 5/01/09 | 8,500 |
| 62 | | Yammer Diesel | 5/01/09 | 4,000 |
| 58 | | Trailer with Porta Potty | 6/01/09 | 10,000 |
| 34 | | Forklift with Bin Dumper | 7/01/09 | 9,000 |
| 43 | | Kawasaki 250 | 7/01/09 | 2,500 |
| 45 | | Lincoln Electric Welders (2) | 7/01/09 | 2,500 |

| 52 | Randal Self Propelled Spray | 7/01/09 | 7,500 |
|---|---|---|---|
| 20 | 2-Stall Port-A-Potty | 7/10/09 | 2,500 |
| 37 | Gasoline Mower | 7/22/09 | 2,511 |
| 21 | 3-Bin Avocado Trailer | 8/01/09 | 3,000 |
| 32 | Ford Tractor | 9/14/09 | 3,800 |
| 128 | Dumper - 129 | 1/01/10 | 3,500 |
| 129 | Equipment Trailer - 24' - 130 | 1/01/10 | 8,500 |
| 130 | Yamaha 100 - 150 | 1/01/10 | 1,500 |
| 131 | Wood Chipper - #1 | 1/19/10 | 3,000 |
| 599 | Wood Chipper #2 | 1/19/10 | 3,000 |
| 132 | Fertilizer Tanks - 275 ga - 131 | 2/01/10 | 500 |
| 133 | Fertilizer Transfer Pump - 132 | 2/01/10 | 1,200 |
| 134 | Fruit Bin Trailer - 30' - 135 | 2/01/10 | 5,500 |
| 135 | Aluminum Hydraulic Baler - 124 | 2/02/10 | 4,500 |
| 136 | Equipment - 120 | 2/22/10 | 523 |
| 137 | Fertilizer Transfer Pump - 133 | 3/01/10 | 1,600 |
| 138 | Gooseneck Equipment Trail - 138 | 3/01/10 | 9,000 |
| 139 | Metal Sheer Hydraulic - 146 | 4/01/10 | 5,300 |
| 140 | Tanks and Pumps - 119 | 4/01/10 | 2,136 |
| 141 | Kabota 4x4 1 of 2 | 5/27/10 | 2,717 |
| 598 | Kabota 4x4 2of2 | 5/27/10 | 2,716 |
| 142 | John Deere Seed Planter - - 141 | 6/01/10 | 9,000 |
| 143 | Orchard Disc 5' - 147 | 6/15/10 | 2,000 |
| 144 | Equipment - 118 | 6/19/10 | 6,000 |
| 145 | 2-Bin Avocado Trailer - 122 | 7/01/10 | 2,000 |
| 146 | Manual Grader - 142 | 8/01/10 | 2,500 |
| 147 | Manual Grader #2 - 143 | 8/01/10 | 2,500 |
| 148 | Equipment - 117 | 8/31/10 | 7,956 |
| 149 | Clark Forklift #2 - 126 | 9/01/10 | 8,000 |
| 150 | Clark Forklift #3 - 127 | 9/01/10 | 8,000 |
| 151 | John Deere Manure Spreade - 140 | 9/01/10 | 3,000 |
| 152 | Tractor - 9-13-10 - 173 | 9/13/10 | 32,000 |
| 153 | Chevrolet Dump Truck - 182 | 10/01/10 | 7,000 |
| 154 | Honda 300 - 160 | 10/01/10 | 4,000 |
| 166 | Tractor - 11/12/10 - 171 | 11/12/10 | 32,750 |
| 167 | Kawasaki 125 - 162 | 12/01/10 | 2,500 |
| 168 | Orchard Disc 8' - 148 | 12/01/10 | 4,000 |
| 172 | Fruit Scale - 5000lb | 1/01/11 | 1,200 |
| 173 | Tow Bars (3) | 1/01/11 | 1,000 |
| 174 | MC Power Model Generator | 1/04/11 | 9,500 |
| 175 | Scale - 1-7-11 | 1/07/11 | 752 |
| 1 | Bagger with Dumper | 1/11/11 | 20,000 |
| 177 | Computer | 1/14/11 | 785 |
| 178 | 2011 Scale | 1/24/11 | 1,402 |
| 2 | Fruit Labeler | 2/01/11 | 5,500 |
| 179 | Chainsaws | 2/01/11 | 1,800 |
| 181 | Grove Manlift 4x4 | 2/01/11 | 6,500 |
| 182 | MC Power Model Generator | 2/21/11 | 8,466 |
| 183 | Forklift Trailer | 3/01/11 | 3,500 |
| 185 | Tank | 5/13/11 | 3,441 |
| 3 | Fruit Labeler | 6/20/11 | 4,500 |
| 186 | Fruit Bagger | 6/20/11 | 5,500 |
| 601 | 2011 Fruit Sprayer | 6/20/11 | 10,000 |
| 188 | 1025 Poly Water Tank | 7/01/11 | 1,500 |
| 189 | Fertilizer Truck and Tank | 8/06/11 | 5,121 |
| 190 | Fruit Packing Equipment | 8/19/11 | 18,006 |
| 191 | Cube Storage Container | 12/01/11 | 10,000 |
| 192 | Tank #2 | 12/05/11 | 1,357 |
| 197 | Brush Mower | 12/21/11 | 5,000 |
| 198 | Equipment Storage Contain | 12/21/11 | 5,000 |
| 199 | 2011 Sprayer #1 | 12/21/11 | 20,000 |
| 200 | Tractor - 12-21-11 | 12/21/11 | 25,000 |
| 201 | Weed Shredder | 12/21/11 | 10,000 |
| 202 | Weed Sprayer | 12/21/11 | 10,000 |
| 602 | 2011 Tractor | 12/29/11 | 16,000 |
| 218 | 24 Foot Utility Trailer | 2/01/12 | 12,000 |
| 229 | Roll-off Box | 2/05/12 | 4,000 |
| 228 | Packing Equipment - Conveyors | 2/16/12 | 6,600 |
| 600 | 2012 Weed Whacker #1 | 3/01/12 | 3,600 |
| 227 | Forklift | 3/14/12 | 16,000 |
| 208 | 2012 Chevy Volt | 4/01/12 | 46,650 |
| 226 | Brandt 4X4 Forklift | 4/13/12 | 20,500 |
| 225 | Fruit Bins | 4/16/12 | 68,307 |
| 224 | Orchard Sprayer | 4/19/12 | 39,463 |
| 232 | Wiggins Forklift 4X4 Diesel | 5/01/12 | 13,000 |
| 223 | Recycling Center Computer | 6/12/12 | 525 |
| 222 | Fruit Bins - 6/14/12 | 6/14/12 | 61,383 |
| 207 | 2012 Ford F350 | 6/19/12 | 72,596 |
| 217 | 40 HP International Tractor | 7/01/12 | 9,000 |

| | | | |
|---|---|---|---|
| 231 | 10 Foot Stubble Disc | 8/01/12 | 7,500 |
| 221 | Cold Storage Container | 10/18/12 | 7,558 |
| 206 | Chevrolet Utility Van | 11/01/12 | 38,615 |
| 220 | PTO Sprayer | 11/13/12 | 7,688 |
| 230 | John Deere Diesel | 12/01/12 | 35,700 |
| 604 | 2012 Sprayer #1 | 12/19/12 | 20,000 |
| 240 | Cold Storage Containers 2-12-13 | 2/12/13 | 22,074 |
| 249 | Harlow Fork Lift 3-1-13 | 3/01/13 | 66,281 |
| 246 | Forman Tractor | 3/11/13 | 11,000 |
| 241 | Conveyors | 3/26/13 | 16,000 |
| 309 | TNB120 Tractor | 4/30/13 | 30,000 |
| 311 | TN95 Tractor | 4/30/13 | 17,500 |
| 318 | Trencher | 6/04/13 | 8,160 |
| 319 | Water Truck | 6/05/13 | 1,500 |
| 316 | Water Truck | 6/08/13 | 16,500 |
| 257 | Orchard Disc 6-11-13 | 6/11/13 | 10,223 |
| 317 | Strathmore Offest Pro | 6/11/13 | 9,970 |
| 254 | Honda Quad 1 of 2 | 6/12/13 | 6,550 |
| 255 | Honda Quad 2 of 2 | 6/12/13 | 6,550 |
| 306 | Storage Container | 6/20/13 | 3,367 |
| 307 | Storage Container | 6/20/13 | 3,367 |
| 308 | Storage Container | 6/20/13 | 3,367 |
| 321 | Chevy Traverse     (Insurance Loss) | 6/22/13 | 62,006 |
| 259 | Orchards Quad 4X4 | 6/25/13 | 6,150 |
| 5 | 2013 Office Furniture | 6/30/13 | 1,633 |
| 1 | Cow - Angus - 1 of 4 | 8/22/13 | 2,375 |
| 2 | Cow - Angus - 2 of 4 | 8/22/13 | 2,375 |
| 3 | Cow - Angus - 3 of 4 | 8/22/13 | 2,375 |
| 4 | Cow - Angus - 4 of 4 | 8/22/13 | 2,375 |
| 285 | Ranch 66 Wind Machine Propane Tanks | 9/01/13 | 1,297 |
| 252 | Honda ATV 1 of 2 09/17/13 | 9/17/13 | 6,150 |
| 253 | Honda ATV 2 of 2 09/17/13 | 9/17/13 | 6,150 |
| 310 | Refrigerated Container | 10/01/13 | 7,075 |
| 313 | Tractor - 10/3/13 | 10/03/13 | 37,000 |
| 250 | Honda 4x4 1 of 2 10/8/13 | 10/08/13 | 6,150 |
| 251 | Honda 4x4 2 of 2 10/8/13 | 10/08/13 | 6,150 |
| 237 | 2013 Chevy Truck | 11/01/13 | 15,829 |
| 606 | 2013 Equipment:Orchard Sprayer | 11/25/13 | 10,000 |
| 312 | Shredder | 11/26/13 | 15,895 |
| 320 | Water Truck | 12/11/13 | 18,813 |
| 238 | 8-Foot Wheel Scraper | 12/13/13 | 4,052 |
| 314 | Skid Steer | 12/14/13 | 16,000 |
| 315 | Tractor - 12/14/13 | 12/14/13 | 17,500 |
| 260 | Ranch 3 1950 Caterpillar IH | 12/24/13 | 10,588 |
| 268 | Ranch 3 Wind Machines | 12/24/13 | 352,941 |
| 324 | 2014 Flatbed Semi Trailer - 40     (Sold) | 1/02/14 | 45,539 |
| 325 | Rears Shredder | 1/11/14 | 15,000 |
| 329 | 1999 Utility Trailer | 1/22/14 | 9,000 |
| 330 | Shredder 2-6-14 | 2/06/14 | 16,225 |
| 332 | Kubota Tractor 80HP | 3/04/14 | 52,000 |
| 333 | Sprayers | 3/11/14 | 12,218 |
| 334 | 1999 utilitiy trailer | 3/16/14 | 9,000 |
| 414 | Gillison GVF 12' Bar | 3/25/14 | 43,563 |
| 415 | Durand Wayland Sprayer | 3/25/14 | 34,649 |
| 416 | Durand Wayland Sprayer | 3/25/14 | 36,904 |
| 344 | 4x4 Rancher - Honda quad | 4/10/14 | 6,132 |
| 345 | Fruit Conveyor - Blythe Ranch | 4/15/14 | 15,000 |
| 408 | Harlo Forklift HP5000 | 4/28/14 | 66,113 |
| 409 | Harlo Forklift HP5000 | 4/28/14 | 66,113 |
| 350 | LA Ave Wind Machines | 4/30/14 | 49,308 |
| 354 | Loader | 5/12/14 | 6,250 |
| 372 | Orchard Rite Wind Machine(3) | 7/09/14 | 34,874 |
| 405 | FPL Wind Machine | 7/09/14 | 34,874 |
| 406 | FPL Wind Machine | 7/09/14 | 34,874 |
| 407 | FPL Wind Machine | 7/09/14 | 34,874 |
| 373 | Orchard Rite Wind Machine(2) | 7/22/14 | 34,874 |
| 374 | Orchard Rite Wind Machine(1) | 7/22/14 | 34,874 |
| 376 | Peterbilt 08-07-14 | 8/07/14 | 17,000 |
| 377 | Scissor Lift - Blue 14 ft - Pac | 8/09/14 | 7,431 |
| 378 | 2014 Chevy 2500 | 8/09/14 | 10,000 |
| 410 | Wind Machine | 8/13/14 | 34,874 |
| 411 | Wind Machine | 8/13/14 | 34,874 |
| 412 | Wind Machine | 8/13/14 | 34,874 |
| 413 | Wind Machine | 8/13/14 | 34,874 |
| 381 | 2014 Honda 440 | 8/29/14 | 9,905 |
| 382 | Brush Rake | 9/08/14 | 1,800 |
| 390 | Forklift 4K Cat 09-22-14 | 9/22/14 | 13,349 |
| 391 | 2014 Polaris Quad (new) | 9/24/14 | 4,957 |
| 392 | Forklift 4k Cat 10-01-14 | 10/01/14 | 14,606 |

| | | | |
|---|---|---|---|
| 23 | 2014 Office Furniture | 10/14/14 | 4,865 |
| 24 | Grader | 11/12/14 | 300,000 |
| 25 | Wayland Dumper | 11/18/14 | 51,000 |
| 396 | Scissor Lift 20 ft Orange | 12/04/14 | 3,852 |
| 397 | Wind Machine Tanks (13) | 12/08/14 | 15,376 |
| 398 | Freska | 12/23/14 | 10,500 |
| 30 | durand Wayland Sizer | 1/01/15 | 58,600 |
| 592 | 2007 Ford Mustang GT 500 | 2/23/15 | 85,450 |
| 589 | 1958 Chevrolet Impala | 3/10/15 | 27,000 |
| 590 | 1969 Ford Mustang 390CI | 3/10/15 | 30,000 |
| 433 | 291 Cummings - Wind Machine #2 | 7/16/15 | 19,428 |
| 27 | Labeling System | 8/27/15 | 85,680 |
| 32 | 2015 Daurmaur Corp PA-CB | 9/01/15 | 275,100 |
| 617 | 2015 Peerless Chip Trailer | 9/01/15 | 112,746 |
| 28 | weighing machine | 9/02/15 | 308,778 |
| 26 | Sticker Machine | 9/17/15 | 11,730 |
| 591 | 1995 GR1 Corvette | 10/08/15 | 92,800 |
| 614 | 2015 O.R. Wind Machines (x2) | 10/09/15 | 65,000 |
| 495 | Orchard Quads | 10/30/15 | 26,800 |
| 33 | 2015 Fogg FG-155 | 11/01/15 | 331,396 |
| 510 | 2015 wind machine #6 | 12/21/15 | 28,852 |
| 576 | 2016 New Holland Tractor #1 | 6/09/16 | 19,500 |
| 577 | 2016 New Holland Tractor #2 | 6/09/16 | 19,500 |
| 578 | 2016 New Holland Tractor #3 | 6/09/16 | 19,500 |
| 572 | Gearmore Offset Disc #1 | 6/14/16 | 10,250 |
| 573 | Gearmore Offset Disc #2 | 6/14/16 | 10,250 |
| 574 | Gearmore Offset Disc #3 | 6/14/16 | 10,250 |
| 575 | Gearmore Offset Disc #4 | 6/14/16 | 10,250 |
| 568 | 2016 New Holland Tractor #1 | 7/15/16 | 85,002 |
| 569 | 2016 New Holland Tractor #2 | 7/15/16 | 85,002 |
| 581 | Mercedes Sprinter Van | 7/15/16 | 59,971 |
| 29 | Hampton Canyon - New Holland Rake | 10/05/16 | 4,524 |
| 30 | Hampton Canyon - New Holland Bailer | 10/05/16 | 14,137 |
| 31 | Hampton Canyon - John Deere Tractor | 10/05/16 | 11,310 |
| 32 | Hampton Canyon - Hay Truck | 10/05/16 | 16,965 |
| 33 | Hampton Canyon - John Deere Disk set 16 ft. | 10/05/16 | 5,655 |
| 34 | Hampton Canyon - McCormick Disk set 8 ft. | 10/05/16 | 2,827 |
| 35 | Hampton Canyon - IH Wheel Loader | 10/05/16 | 28,275 |
| 37 | Hampton Canyon - Cattle Handling Equipment | 10/05/16 | 113,100 |
| 631 | Ranch 1:Wind Machines | 1/10/17 | 390,000 |
| 553 | Walkie Pallet Truck #1 | 10/05/16 | 5,224 |
| 554 | Walkie Pallet Truck #2 | 10/05/16 | 5,224 |
| 555 | Walkie Pallet Truck #3 | 10/05/16 | 5,224 |
| 556 | Cat Forklift #1 | 10/05/16 | 35,276 |
| 557 | Cat Forklift #2 | 10/05/16 | 35,276 |
| 558 | Cat Forklift #3 | 10/05/16 | 35,276 |
| 559 | Honda Rancher | 10/05/16 | 6,358 |
| 560 | Fuel Tanks - 13 | 10/05/16 | 15,414 |
| 561 | Arctic Cat 2-Seat ATV #1 | 10/05/16 | 7,000 |
| 562 | Arctic Cat 2-Seat ATV #2 | 10/05/16 | 7,000 |
| 563 | Arctic Cat 2-Seat ATV #3 | 10/05/16 | 7,000 |
| 564 | Polaris 2-Seat #1 | 10/05/16 | 7,000 |
| 565 | Polaris 2-Seat #2 | 10/05/16 | 7,000 |
| 566 | Caterpillar Water Tanker | 10/05/16 | 65,000 |
| 31 | 2016 Fogg Rinse and Recovery System | 10/07/16 | 741,272 |
| 34 | 2017 Packing Plant Remodel | 1/01/17 | 1,022,587 |
| 35 | 2017 DPS Panels | 1/01/17 | 4,400 |
| 36 | 2017 Hurst Versaprint Labeler | 1/01/17 | 67,651 |
| 37 | 2017 Hiperberic Pasturizer | 1/01/17 | 1,182,985 |
| 39 | 2017 Citrus Processing Line | 1/01/17 | 311,863 |
| 582 | Livestock Deer     (Put Down) | 1/01/17 | 23,314 |
| 644 | Equipment:2017 Polaris 4-Seat ATV #2 | 1/01/17 | 15,000 |
| 661 | Equipment:Polaris 4-Seat ATV #1 | 1/01/17 | 15,000 |
| 43 | Livestock - Sheep X 50       (Fire Loss) | 2/01/17 | 20,120 |
| 655 | Equipment:2017 (4) Honda TRX420FM | 4/26/17 | 26,765 |
| 660 | Equipment:2017 Manure Spreader #1 | 5/15/17 | 24,500 |
| 780 | 2017 - Fratelli Processing Line | 7/01/17 | 223,904 |
| 672 | Vehicles:2017 (2007) Mustang Saleen | 7/24/17 | 24,820 |
| 666 | Vehicles:2017 (2015) Aventador SV750 | 8/04/17 | 537,629 |
| 647 | Equipment:2017 Compost Articulater | 8/22/17 | 33,500 |
| 667 | Vehicles:2017 (2004) Saleen S7 | 9/01/17 | 522,659 |
| 670 | Vehicles:2017 Chevy 1500 | 9/13/17 | 50,555 |
| 646 | Equipment:2017 4-km-9700 Mulcher (2) #1 | 9/26/17 | 25,215 |
| 665 | Vehicles:2017 Trailer Gooseneck | 10/03/17 | 10,832 |
| 669 | Vehicles:2017 Dodge 5500   (Insurance Loss) | 10/10/17 | 59,900 |
| 645 | Equipment:2017 4-km-9700 Mulcher (2) #2 | 10/16/17 | 39,954 |
| 659 | Equipment:2017 Computer | 11/06/17 | 1,075 |
| 623 | Hampton Foods:Hampton Foods Equipment | 11/08/17 | 206,749 |
| 656 | Equipment:2017 KTC Manure Spreader | 11/10/17 | 19,593 |

| 657 | Equipment:2017 Manure Spreader #2 | 11/16/17 | 20,026 |
|---|---|---|---|
| 658 | Equipment:2017 Manure Spreader #3 | 11/24/17 | 19,940 |
| 42 | Livestock - Bull        (Insurance Loss) | 11/30/17 | 3,000 |
| 671 | Vehicles:2017 (2015) Stock Trailer | 12/14/17 | 16,900 |
| 649 | Equipment:2017 (2015) Case 315 | 12/21/17 | 90,000 |
| 650 | Equipment:2017 (2014) JD 6430 | 12/21/17 | 35,000 |
| 651 | Equipment:2017 (2012) JD 4400 | 12/21/17 | 15,000 |
| 652 | Equipment:2017 (1995) Dalmers Hydrol Disk | 12/21/17 | 22,000 |
| 653 | Equipment:2017 (2007) NH TN95 | 12/21/17 | 15,000 |
| 654 | Equipment:2017 (2009) NH 4050 | 12/21/17 | 15,000 |
| 668 | Vehicles:2017 (1982) Ford Water Truck | 12/21/17 | 5,000 |
| 693 | 2018 - Sterns Bank Forklifts (3) | 2/09/18 | 109,007 |
| 42 | 2018 - PE Labler - Green Machine | 2/21/18 | 143,320 |
| 41 | 2018 - Fratelli Juicer | 2/22/18 | 248,440 |
| 712 | 2018 - PFG 2489 - Wind Machine x6 | 2/23/18 | 222,044 |
| 691 | 2018 - (2007) Heston Bailer     (Fire Loss) | 2/27/18 | 28,800 |
| 692 | 2018 - (2009) NH 216 Rake | 2/27/18 | 10,995 |
| 694 | 2018 - (2015) Domries BD642 Disc | 2/27/18 | 2,980 |
| 695 | 2018 - (2016) NH Tractor TS6.11 | 2/27/18 | 39,980 |
| 696 | 2018 - (2015) NH Tractor TS6.11 | 2/27/18 | 35,600 |
| 697 | 2018 - (2017) Gear More Disc. | 2/27/18 | 10,580 |
| 698 | 2018 - (2016) NH H9880 Baler | 2/27/18 | 153,250 |
| 699 | 2018 - (2009) - NH 416 Durabine Head | 2/27/18 | 25,000 |
| 707 | 2018 - (2016) NH 220 Swather | 2/27/18 | 73,000 |
| 723 | 2018 - Honda Rancher | 2/28/18 | 7,632 |
| 43 | 2018 - PE Labler - Gray Machine | 4/02/18 | 195,690 |
| 717 | 2018 - (1956) Jeep Pickup | 5/01/18 | 12,673 |
| 718 | 2018 - (1979) Ford 4x4 | 5/01/18 | 11,880 |
| 704 | 2018 - (2018) Thor Motor Coach | 6/18/18 | 108,432 |
| 727 | 2018 - Computer | 6/20/18 | 2,950 |
| 673 | 2018 - (1997) Hummer | 6/22/18 | 68,040 |
| 726 | 2018 - Portable Shed | 6/27/18 | 7,196 |
| 683 | 2018 - Cow - Angus - 1 of 6 | 6/30/18 | 1,267 |
| 684 | 2018 - Cow - Angus - 2 of 6 | 6/30/18 | 1,267 |
| 685 | 2018 - Cow - Angus - 3 of 6 | 6/30/18 | 1,267 |
| 686 | 2018 - Cow - Angus - 4 of 6 | 6/30/18 | 1,267 |
| 687 | 2018 - Cow - Angus - 5 of 6 | 6/30/18 | 1,267 |
| 688 | 2018 - Cow - Angus - 6 of 6 | 6/30/18 | 1,267 |
| 690 | 2018 - Cow - Angus - x20 | 6/30/18 | 20,000 |
| 692 | 2018 - Cows - Angus - x40 | 6/30/18 | 40,000 |
| 725 | 2018- Schmeister Plow | 7/31/18 | 10,000 |
| 687 | 2018 - Wind Machines (6) | 8/17/18 | 236,650 |
| 690 | 2018 - (2019) Chev Silverado | 8/20/18 | 64,643 |
| 724 | 2018 - Disc , 10' | 9/11/18 | 4,800 |
| 710 | 2018 - GSFC 7612 - Wind Machines x9 | 9/20/18 | 335,430 |
| 722 | 2018 - Fuel Tanks | 10/15/18 | 21,329 |
| 709 | 2018 - EB 8386 - Wind Machines x1 | 10/29/18 | 41,896 |
| 688 | 2018 - (2018) Ram 5500 #1 | 11/06/18 | 67,810 |
| 689 | 2018 - (2018) Ram 5500     (Fire Loss) | 11/06/18 | 67,484 |
| 713 | 2018 - PFG 2804 - Wind Machine x3 | 11/09/18 | 131,864 |
| 711 | 2018 - GSFC 9335 - Wind Machines x3 | 11/21/18 | 111,810 |
| 716 | 2018 - (2018) Dodge Ram Crew | 12/31/18 | 56,947 |
| 767 | 2019 - 2018 CWB - LAC | 1/01/19 | 35,200 |
| 674 | 2019 - 1951 - Chevy | 1/21/19 | 85,525 |
| 675 | 2019 - 2008 Mobile Armor | 1/22/19 | 80,244 |
| 677 | 2019 - (2018) Dodge Demon | 2/13/19 | 130,000 |
| 738 | 2019 - Bottle Molder | 2/22/19 | 324,695 |
| 737 | 2019 - Water Pump | 3/05/19 | 74,131 |
| 769 | 2019 - Air Compressor | 3/14/19 | 68,950 |
| 676 | 2014 - Lamborghini | 5/15/19 | 28,166 |
| 763 | Livestock - 2019 Cows | 5/23/19 | 8,750 |
| 764 | 2019 Livestock - Cows (3) | 5/23/19 | 5,250 |
| 753 | 2019 - (1999) JD 6300 | 6/10/19 | 27,838 |
| 733 | 2019 - Meat Locker | 6/28/19 | 37,282 |
| 743 | 2019 - ATV *3 | 7/19/19 | 11,082 |
| 765 | 2019 Livestock - Cows (25) | 7/31/19 | 50,000 |
| 727 | 2019 - Furniture | 8/02/19 | 997 |
| 728 | 2019 - Decor | 8/08/19 | 381 |
| 729 | 2019 - Furniture #2 | 9/11/19 | 3,965 |
| 730 | 2019 - Equipment | 9/16/19 | 1,034 |
| 731 | 2019 - Equipment #2 | 9/16/19 | 2,155 |
| 741 | 2019 - NC 3002 - Wind Machines x4 | 9/24/19 | 158,810 |
| 738 | 2019 - (2014) Caterpillar | 9/30/19 | 345,000 |
| 732 | 2019 - Display Cases | 10/21/19 | 1,053 |
| 744 | 2019 - Security Cameras | 11/01/19 | 7,500 |
| 745 | 2019 - Juice Equipment | 11/22/19 | 94,849 |
| 739 | 2019 - GSFC 8316 - Wind Machines x20 | 12/01/19 | 752,800 |
| 736 | 2019 - EB 0464 - Wind Machines x2 | 12/09/19 | 85,019 |
| 742 | 2019 - NC 3003 - Wind Machines x6 | 12/09/19 | 232,050 |

| | | | |
|---|---|---|---|
| 766 | 2019 - Equipment #3 | 12/31/19 | 19,091 |
| 775 | 2020 - Ice Maker | 2/05/20 | 1,031 |
| 769 | 2020 - Furniture | 3/10/20 | 9,335 |
| 773 | 2020 - Honda 4x4 #2 | 3/18/20 | 3,400 |
| 774 | 2020 - Fruit Dumper | 4/22/20 | 4,000 |
| 772 | 2020 - Air Compressor | 4/23/20 | 2,500 |
| 747 | 2020 - New Computer | 5/01/20 | 1,086 |
| 771 | 2020 - Fruit Sizer | 5/01/20 | 2,000 |
| 784 | 2020 - John Deer Dozer | 5/12/20 | 125,000 |
| 772 | 2020 - Foods equipment | 5/21/20 | 47,864 |
| 768 | 2020 - Washer and Dryer | 5/27/20 | 7,000 |
| 678 | 2020 - Ferrari - F-40 | 6/29/20 | 1,379,185 |
| 767 | 2020 - Bull | 7/16/20 | 2,500 |
| 778 | 2020 - Honda 4x4 x4 | 8/04/20 | 14,000 |
| 749 | 2020 - Lemon Processing Line | 8/12/20 | 60,300 |
| 780 | 2020 - Dodge Ram | 8/18/20 | 38,794 |
| 787 | 2020 - 2015 Cat Excavator | 8/18/20 | 210,000 |
| 781 | 2020 - Toppers | 8/19/20 | 63,900 |
| 791 | 2020 - Bin Filler | 9/11/20 | 8,000 |
| 776 | 2020 - Honda 4x4 #2 | 9/20/20 | 6,800 |
| 788 | 2020 - 2016 Boom Hedger | 9/30/20 | 280,523 |
| 746 | 2020 - Dell Computer | 11/02/20 | 1,204 |
| 770 | 2020 - Art | 11/03/20 | 14,500 |
| 774 | 2020 - Motorhome #2 | 11/06/20 | 158,754 |
| 770 | 2020 - Maq Compressor | 11/10/20 | 1,679 |
| 790 | 2020 - Wind Machines - x12 | 11/13/20 | 482,580 |
| 771 | 2020 - Furniture | 11/20/20 | 20,995 |
| 789 | 2020 - TH1400 - Topper Hedger | 12/01/20 | 297,467 |
| 782 | 2020 - Wind Machines x 2 | 12/10/20 | 81,830 |
| 775 | 2020 - 500 Gallon Tank | 12/29/20 | 5,286 |
| 778 | 2021 Sorma PALD-108 Paletizer | 1/07/21 | 125,240 |
| 779 | 2021 - Sorma Field Box Depalletizer | 1/07/21 | 522,131 |
| 794 | 2021 - ATV #2 | 3/17/21 | 4,359 |
| 795 | 2021 - ATV #1 X 2 | 3/17/21 | 14,296 |
| 797 | 2021 - Hydro Sander | 3/29/21 | 4,000 |
| 778 | 2021 - Kitchen Appliance Set | 3/31/21 | 16,269 |
| 804 | 2021 - Water Trailer | 8/12/21 | 1,997 |
| 805 | 2021 Sprayer | 8/12/21 | 1,997 |
| 806 | 2021 - Auger | 8/12/21 | 899 |
| 807 | 2021 - Rototiller 60" | 8/12/21 | 2,496 |
| 809 | 2021 - Rotary Mower | 8/12/21 | 1,198 |
| 810 | 2021 - Drag | 8/12/21 | 1,598 |
| 811 | 2021 - Scraper | 8/12/21 | 2,496 |
| 812 | 2021 - Plow 2 Bottom | 8/12/21 | 799 |
| 813 | 2021 - Disc 6" | 8/12/21 | 2,996 |
| 814 | 2021 - McCormack Tractor | 8/12/21 | 48,432 |
| 801 | 2021 - Shipping Container | 8/12/21 | 1,997 |
| 802 | 2021 - Diesal Tank | 8/12/21 | 1,997 |
| 803 | 2021 - Kawaski Mule | 8/12/21 | 9,986 |
| 777 | 2021 - Furniture | 5/11/21 | 3,510 |
| 798 | 2021 Tractor | 7/14/21 | 13,000 |
| 796 | 2021 - Tree Trimmer | 8/12/21 | 2,660 |
| 776 | 2021 - Bull | 9/10/21 | 1,490 |
| 776 | 2021 - Fruit Bagging Equip | 12/13/21 | 66,574 |
| 777 | 2021 - Sorma Conveyors | 12/13/21 | 355,094 |
| 775 | 2021 - Kwik Lok Baggers | 12/30/21 | 2,871 |
| 781 | 2022 - Automatic Weigher | 3/11/22 | 145,431 |
| 837 | 2022 - Composting Equip | 3/28/22 | 200,000 |
| 839 | 2022 - Generator | 4/19/22 | 3,137 |
| 838 | 2022 - Pumps | 5/13/22 | 2,165 |
| 858 | LOC - FCW 96101 | 6/01/22 | 2,637 |
| 821 | 2022 Furniture | 6/30/22 | 6,514 |
| 840 | 2022 - Truck #2 | 7/25/22 | 75,727 |
| 841 | 2022 Truck | 7/25/22 | 75,727 |
| 783 | 2022 - Amur Box Case | 8/24/22 | 51,971 |
| 784 | 2022 - Amur 2018 Rears | 9/12/22 | 67,485 |
| 843 | 12-19-2022 Farm Equip | 12/19/22 | 40,000 |
| 779 | 2023 - 197x200    Cattle | 2/28/23 | 346,952.10 |
| 785 | 2023 - Pallet Trucks | 6/30/23 | 12,881 |
| 786 | 2023 - Stretch Wrapper Equip | 6/30/23 | 25,519 |
| 860 | 2023 - Pressure Tanks | 6/30/23 | 3,461 |
| | | | 22,965,438 |

**Fill in this information to identify the case:**

Debtor name     Santa Paula Hay & Grain and Ranches

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)   9:25-bk-10314-RC

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

| 2.1 AgWest Farm Credit | | |
|---|---|---|
| Creditor's Name | | |

| | | |
|---|---|---|
| 2.1 **AgWest Farm Credit**<br>Creditor's Name<br><br>3755 Atherton Rd<br>Rocklin, CA 95765<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. AgWest Farm Credit<br>2. Kern County Treasurer-Tax Collector | **Describe debtor's property that is subject to a lien**<br>Ranch 6/Comanche80 acres of agricultural land in Arvin, CA<br><br><br>**Describe the lien**<br>Deed of Trust<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $774,990.73 | $2,000,000.00 |

| | | |
|---|---|---|
| 2.2 **AgWest Farm Credit**<br>Creditor's Name<br><br>3755 Atherton Rd<br>Rocklin, CA 95765<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, | **Describe debtor's property that is subject to a lien**<br>Ranch 4100 acres of agricultural land in Delano, CA; Ranch 25120 acres of agricultural land in Bakersfield, CA<br><br>**Describe the lien**<br>Deed of Trust<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | $1,041,000.00 | $5,100,000.00 |

| Debtor | Santa Paula Hay & Grain and Ranches | | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|---|
| | Name | | | |

including this creditor and its relative priority.
1. AgWest Farm Credit
2. Kern County Treasurer-Tax Collector

---

| 2.3 | AgWest Farm Credit | Describe debtor's property that is subject to a lien | $836,263.57 | $2,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Barsdale Ranch20 acres of agricultural land in Fillmore, CA | | |

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. AgWest Farm Credit
2. Ventura COunty Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | AgWest Farm Credit | Describe debtor's property that is subject to a lien | $739,902.37 | $10,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Packing HouseCommerical property in Fillmore, CA | | |

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**
Deed of Trust

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. AgWest Farm Credit
2. Ventura COunty Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | AgWest Farm Credit | Describe debtor's property that is subject to a lien | $1,053,617.02 | $2,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Sandrini Ranch100 acres of agricultural land in Kern, CA | | |

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 27

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| 1. AgWest Farm Credit | ☐ Unliquidated |
| 2. Kern County Treasurer-Tax Collector | ☐ Disputed |

☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.6 | AgWest Farm Credit | **Describe debtor's property that is subject to a lien** | $722,167.97 | $2,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2107 LA Ave20 acres of agricultural land in Fillmore, CA | | |

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| 1. AgWest Farm Credit | ☐ Unliquidated |
| 2. Ventura COunty Treasurer-Tax Collector | ☐ Disputed |

---

| 2.7 | AgWest Farm Credit | **Describe debtor's property that is subject to a lien** | $300,000.00 | $1,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Grimes Ranch21 acres of agricultural land in Moorpark, CA | | |

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | AgWest Farm Credit | **Describe debtor's property that is subject to a lien** | $973,699.32 | $3,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 4104 Wheeler Cyn632 acres of agricultural land | | |

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

in Santa Paula, CA

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. AgWest Farm Credit
2. Ventura COunty Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | AgWest Farm Credit | | $600,000.00 | $3,100,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Ranch 10192 acres of agricultural land in Delano, CA

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. AgWest Farm Credit
2. Kern County Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | AgWest Farm Credit | | $1,041,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

3755 Atherton Rd
Rocklin, CA 95765

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|--------|--------------------------------------|------------------------|-------------------|
|        | Name                                 |                        |                   |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 1**

**AgWest Farm Credit**
Creditor's Name

3755 Atherton Rd
Rocklin, CA 95765
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. AgWest Farm Credit
2. Riverside County Treasurer-Tax Collector

**Describe debtor's property that is subject to a lien**
Blythe Ranch337 acres of agricultural land in Riverside, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,254,570.20          $7,500,000.00

---

**2.1 2**

**AgWest Farm Credit**
Creditor's Name

3755 Atherton Rd
Rocklin, CA 95765
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. AgWest Farm Credit
2. Ventura COunty Treasurer-Tax Collector

**Describe debtor's property that is subject to a lien**
Sand Canyon12 acres of agricultural land in Somis, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$400,000.00          $1,700,000.00

---

**2.1 3**

**AgWest Farm Credit**
Creditor's Name

3755 Atherton Rd
Rocklin, CA 95765
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Balcom Cyn Ranch143 acres of agricultural land in Moorpark, CA

**Describe the lien**
Deed of Trust

$4,097,004.40          $1,200,000.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
| | Name | | |

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. AgWest Farm Credit
2. Ventura COunty Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14**

**AgWest Farm Credit**
Creditor's Name

3755 Atherton Rd
Rocklin, CA 95765
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Ventura COunty Treasurer-Tax Collector
2. AgWest Farm Credit

**Describe debtor's property that is subject to a lien**
Hampton Cyn1,800 acres of agricultural land in Santa Paula, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,941,216.16    $12,000,000.00

---

**2.15**

**Community West Bank**
Creditor's Name

445 Pine Ave
Goleta, CA 93117
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor,

**Describe debtor's property that is subject to a lien**
Bull Ranch45 acres of agricultural land in Delano, CA; Jasmine Ranch40 acres of agricultural land in Delano, CA; Ranch 65100 acres of agricultural land in Delano, CA; Waters Ranch20 acres of agricultural land in Somis, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

$462,101.40    $6,610,000.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.
1. Community West Bank
2. Kern County Treasurer-Tax Collector
3. Ventura COunty Treasurer-Tax Collector

☐ Unliquidated
☐ Disputed

---

**2.16** Community West Bank

Creditor's Name

445 Pine Ave
Goleta, CA 93117

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                        $462,101.40           $0.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17** Community West Bank

Creditor's Name

445 Pine Ave
Goleta, CA 93117

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                        $436,541.19           $1,500,000.00
606 Sespe AveCommerical property in Fillmore, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18** Community West Bank

Creditor's Name

445 Pine Ave
Goleta, CA 93117

Creditor's mailing address

**Describe debtor's property that is subject to a lien**                        $462,101.40           $0.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No

---

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

☒ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | Community West Bank | Describe debtor's property that is subject to a lien | $462,101.40 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

445 Pine Ave
Goleta, CA 93117
Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Date debt was incurred

☒ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | Eastern Tule GSA | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

324 S Santa Fe St Ste A
Visalia, CA 93292
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Date debt was incurred

☒ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | Farm Credit Leasing Services Corp | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

1665 Utica Ave S Ste 40

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 27

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

Minneapolis, MN 55416

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | Fay Servicing | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
116/120 S Ojai StResidential duplex in Santa
Paula, CA

$400,000.00    $750,000.00

PO Box 815548
Dallas, TX 75381

Creditor's mailing address

**Describe the lien**
Deed of Trust

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Fay Servicing
2. Ventura COunty
Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | Kern County Treasurer-Tax Collector | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Bull Ranch45 acres of agricultural land in
Delano, CA

$4,886.66    $210,000.00

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

**Describe the lien**
Property Taxes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 27

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

Specified on line 2.15

---

**2.24** Kern County Treasurer-Tax Collector

Creditor's Name

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.15

**Describe debtor's property that is subject to a lien**
Jasmine Ranch40 acres of agricultural land in Delano, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,710.52    $1,900,000.00

---

**2.25** Kern County Treasurer-Tax Collector

Creditor's Name

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Zions Agriculture Finance
2. Kern County Treasurer-Tax Collector

**Describe debtor's property that is subject to a lien**
Maricopa Ranch160 acres of agricultural land in Maricopa, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,176.73    $4,500,000.00

---

**2.26** Kern County Treasurer-Tax Collector

Creditor's Name

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
Ranch 3160 acres of agricultural land in Delano, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No

$28,034.53    $4,800,000.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| 1. Zions Agriculture Finance | ☐ Unliquidated |
| 2. Kern County | ☐ Disputed |
| Treasurer-Tax Collector | |

---

| 2.2 7 | Kern County Treasurer-Tax Collector | | |
|---|---|---|---|

| | | | $18,472.62 | $3,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
Ranch 4100 acres of agricultural land in Delano, CA

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.2 | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | Kern County Treasurer-Tax Collector | | |
|---|---|---|---|

| | | | $11,421.65 | $2,350,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
Ave 2 Ranch80 acres of agricultural land in Delano, CA

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| 1. Zions Agriculture Finance | ☐ Unliquidated |
| 2. Kern County | ☐ Disputed |
| Treasurer-Tax Collector | |

---

| 2.2 9 | Kern County Treasurer-Tax Collector | | |
|---|---|---|---|

| | | | $13,702.39 | $950,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
Ranch 280 acres of agricultural land in Delano,

---

Debtor    Santa Paula Hay & Grain and Ranches

Name

Case number (if known)    9:25-bk-10314-RC

---

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Zions Agriculture Finance
2. Kern County Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | Kern County Treasurer-Tax Collector | | $67,620.06 | $2,500,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Sandrini Ranch100 acres of agricultural land in Kern, CA

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | Kern County Treasurer-Tax Collector | | $110,230.70 | $3,100,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Ranch 10192 acres of agricultural land in Delano, CA

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.
Specified on line 2.9

☐ Unliquidated
☐ Disputed

---

**2.3 2** Kern County Treasurer-Tax Collector

Creditor's Name

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including its relative priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
Ranch 25120 acres of agricultural land in Bakersfield, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,192.55     $2,100,000.00

---

**2.3 3** Kern County Treasurer-Tax Collector

Creditor's Name

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including its relative priority.
Specified on line 2.15

**Describe debtor's property that is subject to a lien**
Ranch 65100 acres of agricultural land in Delano, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$202,919.20     $2,600,000.00

---

**2.3 4** Kern County Treasurer-Tax Collector

Creditor's Name

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
Ranch 31634 acres of agricultural land in Delano, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No

$32,764.31     $750,000.00

---

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | Kern County Treasurer-Tax Collector | | $853,292.83 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 579
Bakersfield, CA 93302-0580

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Ranch 6/Comanche80 acres of agricultural land in Arvin, CA

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | Mechanics Bank | | $1,116,691.54 | $2,500,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Civic Dr
Walnut Creek, CA 94596

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Mechanics Bank
2. Ventura COunty Treasurer-Tax Collector

**Describe debtor's property that is subject to a lien**
304 Cummings RdResidential property in Santa Paula, CA

**Describe the lien**
Deed of Trust
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | Mid Valley Financial | | $400,000.00 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

7644 N Palm Ave
Fresno, CA 93711

**Describe debtor's property that is subject to a lien**
125 S 10th StCommerical property in Santa Paula, CA

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Mid Valley Financial
2. Ventura COunty Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | Northland Capital Equipment Finance | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

333 33rd Ave Ste S
Saint Cloud, MN 56301
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | Riverside County Treasurer-Tax Collector | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 12005
Riverside, CA 92502
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

---

**2.40** Riverside County
Treasurer-Tax Collector

Creditor's Name

PO Box 12005
Riverside, CA 92502

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**Describe debtor's property that is subject to a lien**
Blythe Ranch337 acres of agricultural land in Riverside, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$177,119.57      $7,500,000.00

---

**2.41** SPS Lending

Creditor's Name

PO Box 65250
Salt Lake City, UT 84165

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. SPS Lending
2. Ventura COunty Treasurer-Tax Collector

**Describe debtor's property that is subject to a lien**
2830 E Telegraph Rd20 acres of agricultural land in Fillmore, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$168,751.76      $2,000,000.00

---

**2.42** SPS Lending

Creditor's Name

PO Box 65250
Salt Lake City, UT 84165

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
10900 N Ventura Ave7 acres of agricultural land in Oak View, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$469,213.22      $2,000,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 16 of 27

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | Tulare County Treasurer-Tax Collector | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**     $0.00     $0.00

221 South Mooney Blvd
Room 104 E
Visalia, CA 93291
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | Tulare County Treasurer-Tax Collector | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**     $13,409.60     $1,600,000.00
Ranch 6640 acres of agricultural land in Terra Bella, CA

221 South Mooney Blvd
Room 104 E
Visalia, CA 93291
Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Zions Agriculture Finance
2. Tulare County Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | Ventura COunty Treasurer-Tax Collector | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**     $0.00     $0.00

800 South Victoria Ave
Ventura, CA 93009-1290
Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 17 of 27

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | Ventura COunty Treasurer-Tax Collector | | $35,543.06 | $2,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Barsdale Ranch20 acres of agricultural land in Fillmore, CA

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | Ventura COunty Treasurer-Tax Collector | | $75,336.68 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
291 Cummings Rd40 acres of agricultural land in Santa Paula, CA

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Zions Agriculture Finance
2. Ventura COunty Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

---

**2.48** Ventura COunty Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

**Describe debtor's property that is subject to a lien**
Packing HouseCommerical property in Fillmore, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$91,476.76     $10,000,000.00

---

**2.49** Ventura COunty Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Zions Agriculture Finance
2. Ventura COunty Treasurer-Tax Collector

**Describe debtor's property that is subject to a lien**
6770 Wheeler Cyn80 acres of agricultural land in Santa Paula, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,763.00     $2,500,000.00

---

**2.50** Ventura COunty Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
212 N 12th StCommerical property in Santa Paula, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$12,326.69     $2,500,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 19 of 27

Debtor  Santa Paula Hay & Grain and Ranches
_____ Case number (if known)  9:25-bk-10314-RC
Name

---

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | Ventura COunty Treasurer-Tax Collector | | $84,634.65 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
125 S 10th StCommerical property in Santa Paula, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.37

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | Ventura COunty Treasurer-Tax Collector | | $51,911.12 | $750,000.00 |
|---|---|---|---|---|

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
116/120 S Ojai StResidential duplex in Santa Paula, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.22

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | Ventura COunty Treasurer-Tax Collector | | $3,131.46 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2830 E Telegraph Rd20 acres of agricultural land in Fillmore, CA

**Describe the lien**

**Is the creditor an insider or related party?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 27

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

---

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.41

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | Ventura COunty Treasurer-Tax Collector | | $51,929.13 | $8,000,000.00 |
|---|---|---|---|---|

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
12400 Ojai Santa Paula Rd214 acres of agricultural land in Ojai, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Zions Agriculture Finance
2. Ventura COunty Treasurer-Tax Collector

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | Ventura COunty Treasurer-Tax Collector | | $63,606.71 | $2,500,000.00 |
|---|---|---|---|---|

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2107 LA Ave20 acres of agricultural land in Fillmore, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.6

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Santa Paula Hay & Grain and Ranches                          Case number (if known)    9:25-bk-10314-RC
     Name

| 2.56 | Ventura COunty Treasurer-Tax Collector | Describe debtor's property that is subject to a lien | $96,258.91 | $3,000,000.00 |
|---|---|---|---|---|

**2.56**

Ventura COunty
Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.8

Describe debtor's property that is subject to a lien
4104 Wheeler Cyn632 acres of agricultural land in Santa Paula, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$96,258.91      $3,000,000.00

---

**2.57**

Ventura COunty
Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.12

Describe debtor's property that is subject to a lien
Sand Canyon12 acres of agricultural land in Somis, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,139.97      $1,700,000.00

---

**2.58**

Ventura COunty
Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
Waters Ranch20 acres of agricultural land in Somis, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$3,019.43      $1,900,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 22 of 27

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.15

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.59** Ventura COunty Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.36

**Describe debtor's property that is subject to a lien**
304 Cummings RdResidential property in Santa Paula, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$115,403.04 | $2,500,000.00

---

**2.60** Ventura COunty Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.13

**Describe debtor's property that is subject to a lien**
Balcom Cyn Ranch143 acres of agricultural land in Moorpark, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$255,606.00 | $1,200,000.00

---

**2.61** Ventura COunty Treasurer-Tax Collector

Creditor's Name

800 South Victoria Ave
Ventura, CA 93009-1290

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Hampton Cyn1,800 acres of agricultural land in Santa Paula, CA

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

$252,646.60 | $12,000,000.00

---

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.14

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 2**

**Zions Agriculture Finance**
Creditor's Name

500 Fifth St
Ames, IA 50010-6063
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.28

**Describe debtor's property that is subject to a lien**
Maricopa Ranch160 acres of agricultural land in Maricopa, CA; Ave 2 Ranch80 acres of agricultural land in Delano, CA

**Describe the lien**
Deed of Trust
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,289,606.00     $6,850,000.00

---

**2.6 3**

**Zions Agriculture Finance**
Creditor's Name

500 Fifth St
Ames, IA 50010-6063
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.54

**Describe debtor's property that is subject to a lien**
Ranch 3160 acres of agricultural land in Delano, CA; 12400 Ojai Santa Paula Rd214 acres of agricultural land in Ojai, CA

**Describe the lien**
Deed of Trust
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,269,606.00     $12,800,000.00

---

**2.6 4**

**Zions Agriculture Finance**
Creditor's Name

500 Fifth St
Ames, IA 50010-6063

**Describe debtor's property that is subject to a lien**

$1,289,606.00     $0.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

| | | Describe the lien |
|---|---|---|
| | | Deed of Trust |
| Creditor's mailing address | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 5 | Zions Agriculture Finance | Describe debtor's property that is subject to a lien | $812,201.40 | $1,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Ranch 6640 acres of agricultural land in Terra Bella, CA | | |

500 Fifth St
Ames, IA 50010-6063
Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.44

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 6 | Zions Agriculture Finance | Describe debtor's property that is subject to a lien | $1,896,606.00 | $5,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 291 Cummings Rd40 acres of agricultural land in Santa Paula, CA | | |

500 Fifth St
Ames, IA 50010-6063
Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.47

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

| 2.6 7 | Zions Agriculture Finance | Describe debtor's property that is subject to a lien | $612,701.40 | $950,000.00 |

Creditor's Name
Ranch 280 acres of agricultural land in Delano, CA

500 Fifth St
Ames, IA 50010-6063

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.29

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 8 | Zions Agriculture Finance | Describe debtor's property that is subject to a lien | $1,898,806.00 | $2,500,000.00 |

Creditor's Name
6770 Wheeler Cyn80 acres of agricultural land in Santa Paula, CA

500 Fifth St
Ames, IA 50010-6063

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.49

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 9 | Zions Agriculture Finance | Describe debtor's property that is subject to a lien | $1,269,606.00 | $0.00 |

Creditor's Name

500 Fifth St
Ames, IA 50010-6063

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 26 of 27

Debtor    Santa Paula Hay & Grain and Ranches _____    Case number (if known)    9:25-bk-10314-RC _____
              Name

☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
_____

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $35,876,460.
                                                                                                                            98

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Wt Capital Lender Services, Inc.<br>7522 North Colonial Ave Ste 111<br>Fresno, CA 93711 | Line  2.62 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    Santa Paula Hay & Grain and Ranches

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)    9:25-bk-10314-RC

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Aguilera Services Inc.
2814 E Vineyard Ave
Oxnard, CA 93036
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

$620,000.00

---

**3.2** | **Nonpriority creditor's name and mailing address**
Berylwood Tree Farm
1048 E La Loma Ave
Somis, CA 93066
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.3** | **Nonpriority creditor's name and mailing address**
Classic Harvest, LLC
4572 Ave 400
Dinuba, CA 93618
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

$390,000.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
Coastal View Packaging
2976 Gold Course Dr
Ventura, CA 93003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

$63,249.00

---

**3.5** | **Nonpriority creditor's name and mailing address**
Coastline Harvesting, Inc.
1301 E Ventura St
Santa Paula, CA 93060
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

$415,528.00

---

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Hendrick Land Clearing<br>1427 E Main St<br>Santa Paula, CA 93060 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $980,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Hronis, Inc.<br>10443 Hronis Rd<br>Delano, CA 93215 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111,271.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Imperial Irrigation District<br>333 E Barioni Blvd<br>Imperial, CA 92251 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Kern Tulare Water District<br>5001 California Ave<br>Bakersfield, CA 93309 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,379.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>PG&E<br>300 Lakeside Dr<br>Oakland, CA 94612 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Souther Califorina Edison<br>PO Box 900<br>Rosemead, CA 91770 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☐ No   ☒ Yes | |

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | | 2,903,427.00 |

| Debtor | Santa Paula Hay & Grain and Ranches | Case number (if known) | 9:25-bk-10314-RC |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 2,903,427.00

**Fill in this information to identify the case:**

Debtor name ___Santa Paula Hay & Grain and Ranches___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION___

Case number (if known) ___9:25-bk-10314-RC___

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Santa Paula Hay & Grain and Ranches

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)  9:25-bk-10314-RC

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Santa Paula Hay & Grain and Ranches

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)    9:25-bk-10314-RC

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other | Unknown |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | Unknown |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $11,954,896.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(if known)* | 9:25-bk-10314-RC |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Northland Capital Financial Services, LLC v. Santa Paula Hay & Grain and Ranches, et al.<br>30-2024-01441633-CU-BC-CJC | Collection | Orange County Superior Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(if known)* | 9:25-bk-10314-RC |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Law Offices of Reed H. Olmstead<br>5142 Hollister Ave # 171<br>Santa Barbara, CA 93111 | Attorney Fee, total amount paid prepetition. Funds have been drawn down for pre-bankrutpcy services and services performed in prior chapter 11 case. | 06/2024 | $50,000.00 |
| **Email or website address**<br>reed@olmstead.law | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(if known)* | 9:25-bk-10314-RC |
|--------|--------------------------------------|--------------------------|-------------------|

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|-----------------------------------------|----------------------------------|-------------------------------|-------------------------------------------------------|------------------------------------------|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|------------------------------------------|--------------------------------------------|------------------------------|-----------------------------|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|----------------------------|------------------------------------|------------------------------|-----------------------------|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

| Debtor | Santa Paula Hay & Grain and Ranches | Case number *(if known)*  9:25-bk-10314-RC |
|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Jerrel G. John, CPA 1000 Town Center Dr Ste 300 Oxnard, CA 93036 | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    Santa Paula Hay & Grain and Ranches _____    Case number *(if known)*    9:25-bk-10314-RC

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jerrel G. John, CPA<br>1000 Town Center Dr Ste 300<br>Oxnard, CA 93036 | |
| 26c.2. Guadalup A Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Guadalupe J Guzman | 1203 S Sespe St<br>Fillmore, CA 93015 | Partner | 16.67 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Guadalupe A Guzman | 1203 S Sespe St<br>Fillmore, CA 93015 | CEO/Partner | 33.33 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yesi Brayen Guzman | 1203 S Sespe St<br>Fillmore, CA 93015 | Partner | 33.33 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ofelia Guzman | 1203 S Sespe St<br>Fillmore, CA 93015 | Partner | 16.67 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    Santa Paula Hay & Grain and Ranches

Case number *(if known)*    9:25-bk-10314-RC

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Guadalupe J Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | TBD | | Services rendered |
| | **Relationship to debtor**<br>Partner | | | |
| 30.2. | Guadalupe A Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | TBD | | Services rendered |
| | **Relationship to debtor**<br>Partner | | | |
| 30.3. | Yeisi Bryen Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | TBD | | Services rendered |
| | **Relationship to debtor**<br>Partner | | | |
| 30.4. | Ofelia Guzman<br>1203 S Sespe St<br>Fillmore, CA 93015 | TBD | | Services rendered |
| | **Relationship to debtor**<br>Partner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Santa Paula Hay & Grain and Ranches _____    Case number (if known)  9:25-bk-10314-RC _____

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____March 26, 2025_____

_____    ____Guadalupe Guzman_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Northern Division

In re    Santa Paula Hay & Grain and Ranches                                      Case No.    9:25-bk-10314-RC
                                            Debtor(s)                             Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐    **FLAT FEE**

For legal services, I have agreed to accept ................................................................. $    _____

Prior to the filing of this statement I have received ...................................................... $    _____

Balance Due ...................................................................................................... $    _____

☒    **RETAINER**

For legal services, I have agreed to accept and received a retainer of........................... $    50,000.00

The undersigned shall bill against the retainer at an hourly rate of............................... $    400.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 26, 2025
*Date*

Reed Olmstead
*Signature of Attorney*
Law Offices of Reed H. Olmstead
5142 Hollister Ave # 171
Santa Barbara, CA 93111
(805) 963-9111   Fax: (805) 963-2209
reed@olmstead.law
*Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Reed Olmstead
5142 Hollister Ave # 171
Santa Barbara, CA 93111
(805) 963-9111  Fax: (805) 963-2209
California State Bar Number: 269525 CA
reed@olmstead.law

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

In re:

　　　Santa Paula Hay & Grain and Ranches

CASE NO.: 9:25-bk-10314-RC

CHAPTER: 11

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent
with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___March 26, 2025___

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___March 26, 2025___

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Aguilera Services Inc.
2814 E Vineyard Ave
Oxnard, CA 93036


AgWest Farm Credit
3755 Atherton Rd
Rocklin, CA 95765


Berylwood Tree Farm
1048 E La Loma Ave
Somis, CA 93066


Classic Harvest, LLC
4572 Ave 400
Dinuba, CA 93618


Coastal View Packaging
2976 Gold Course Dr
Ventura, CA 93003


Coastline Harvesting, Inc.
1301 E Ventura St
Santa Paula, CA 93060


Community West Bank
445 Pine Ave
Goleta, CA 93117


Eastern Tule GSA
324 S Santa Fe St Ste A
Visalia, CA 93292

Farm Credit Leasing Services Corp
1665 Utica Ave S Ste 40
Minneapolis, MN 55416


Fay Servicing
PO Box 815548
Dallas, TX 75381


Hendrick Land Clearing
1427 E Main St
Santa Paula, CA 93060


Hronis, Inc.
10443 Hronis Rd
Delano, CA 93215


Imperial Irrigation District
333 E Barioni Blvd
Imperial, CA 92251


Kern County Treasurer-Tax Collector
PO Box 579
Bakersfield, CA 93302-0580


Kern Tulare Water District
5001 California Ave
Bakersfield, CA 93309


Mechanics Bank
1111 Civic Dr
Walnut Creek, CA 94596

Mid Valley Financial
7644 N Palm Ave
Fresno, CA 93711


Northland Capital Equipment Finance
333 33rd Ave Ste S
Saint Cloud, MN 56301


PG&E
300 Lakeside Dr
Oakland, CA 94612


Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502


Souther Califorina Edison
PO Box 900
Rosemead, CA 91770


SPS Lending
PO Box 65250
Salt Lake City, UT 84165


Tulare County Treasurer-Tax Collector
221 South Mooney Blvd
Room 104 E
Visalia, CA 93291


Ventura COunty Treasurer-Tax Collector
800 South Victoria Ave
Ventura, CA 93009-1290

Wt Capital Lender Services, Inc.
7522 North Colonial Ave Ste 111
Fresno, CA 93711


Zions Agriculture Finance
500 Fifth St
Ames, IA 50010-6063